*State, Respondent, v. Harris, Petitioner*, No. 92241-1. Petition for review of a decision of the Court of Appeals, No. 32268-8-III, August 6, 2015, 189 Wn. App. 1023. *Denied* February 10, 2016.

*State, Respondent, v. Sanchez, Petitioner*, No. 92245-4. Petition for review of a decision of the Court of Appeals, No. 32786-8-III, August 11, 2015, 189 Wn. App. 1032. *Denied* February 10, 2016.

*State, Respondent, v. Flores, Petitioner*, No. 92246-2. Petition for review of a decision of the Court of Appeals, No. 32306-4-III, August 6, 2015, 189 Wn. App. 1023. *Denied* February 10, 2016.

*State, Respondent, v. Dyson, Petitioner*, No. 92248-9. Petition for review of a decision of the Court of Appeals, No. 32248-3-III, August 6, 2015, 189 Wn. App. 215. *Denied* February 10, 2016.

*Common Sense All. et al., Petitioners, v. San Juan County, Respondent*, No. 92251-9. Petition for review of a decision of the Court of Appeals, Nos. 72235-2-I and 72236--1-I, August 10, 2015, 189 Wn. App. 1026. *Denied* February 10, 2016.

*State, Respondent, v. Everette, Petitioner*, No. 92259-4. Petition for review of a decision of the Court of Appeals, No. 45941-8-II, August 11, 2015, 189 Wn. App. 1030. *Denied* February 10, 2016.

*State, Respondent, v. Strong, Petitioner*, No. 92262-4. Petition for review of a decision of the Court of Appeals, No. 46318-1-II, August 18, 2015, 189 Wn. App. 1038. *Denied* February 10, 2016.

*State, Respondent, v. McAninch, Petitioner*, No. 92263-2. Petition for review of a decision of the Court of Appeals, Nos. 46072-6-II and 46668-6-II, August 18, 2015, 189 Wn. App. 619. *Denied* February 10, 2016.